ORIGINAL

FILED

JUN 1 8 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 DEVIN DERHAM-BURK #104353
  CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
  SAN JOSE, CA 95150-0013
3
  Telephone: (408) 354-4413
4 Facsimile: (408) 354-5513

5 Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| RAYMOND BARNES | ) Case No. 04-51790 CN |
| NANCY BARNES | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

The final dividend to Creditor, FAMILY CARE MEDICAL ASSOC in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $3.70 as an unclaimed dividend.

Claim # 15   FAMILY CARE MEDICAL ASSOC
             P O BOX 1151
             MONTEREY, CA 93942

Dated: June 16, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
MAR 1 6 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER

NIXIE  951  DE  1  00  03/15/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313  *2656-06118-10-42

TO THE ORDER OF
FAMILY CARE MEDICAL ASSOC
P O BOX 1151
MONTEREY, CA 93942

Case: 04-51790   Doc# 56   Filed: 06/18/10   Entered: 07/14/10 15:32:08   Page 2 of 2